[No. 36673-4-I.    Division One.    March 23, 1998.]

DENISE BRACKETT WOODLEY, *Respondent*, v. SAFECO
INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-05240-1, Jim Bates, J., entered May 11,
1995. *Remanded* by unpublished opinion per Ellington, J.,
concurred in by Grosse and Cox, JJ.

[No. 36712-9-I.    Division One.    March 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ENON SENFAEL
RICE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-01654-3, JoAnne Alumbaugh, J., entered
May 12, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37376-5-I.    Division One.    March 23, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. ANTHONY J.
ESCOTO, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-03302-1, Richard A. Jones, J., entered
September 1, 1995. *Reversed* by unpublished per curiam
opinion.

[No. 37427-3-I.    Division One.    March 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW
JONATHON BERRY, ET AL., *Defendants*, ANNY OK SWENSON,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-00467-5, William L. Downing, J., entered
September 11, 1995. *Affirmed* by unpublished per curiam
opinion.